# United States Court of Appeals
FOR THE
SECOND CIRCUIT

_____

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 27th day of September, two thousand twenty-three.

Present:
>   Barrington D. Parker,
>   Joseph F. Bianco,
>>      *Circuit Judges*,
>   Jed S. Rakoff,
>>      *District Judge.*\*

---

Angelo Ruotolo,

>   *Plaintiff-Appellant*,

v.                                                              23-605 (L),
                                                                23-876 (Con)

Town of New Paltz, et al.,

>   *Defendants-Appellees*.

---

This Court has determined sua sponte that it lacks jurisdiction over these appeals because the district court has not issued a final order as contemplated by 28 U.S.C. § 1291. *See Petrello v. White*, 533 F.3d 110, 113 (2d Cir. 2008). Upon due consideration, it is hereby ORDERED that the appeals are DISMISSED.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court



---

\* Judge Jed S. Rakoff, of the United States District Court for the Southern District of New York, sitting by designation.